IN THE UNITED STATE DISTRICT COURT FOR DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| Rosa Hasty<br>1103 Lakeview Drive<br>Portsmouth, VA 23701 | )<br><br>) | |
| Plaintiff | ) | |
| vs. | ) | Case No.:    8:26-cv-1952 |
| National Railroad Passenger Corporation<br>1 Massachusetts Ave. NW,<br>Washington, D.C., 20001 | )<br><br>) | |
| and | ) | |
| Washington Metropolitan Area<br>Transit Authority<br>300 7th St SW 10th Floor<br>Washington, DC 20024 | )<br><br>) | |
| Defendants. | ) | |

## **COMPLAINT**
### **(Negligence)**

COMES NOW, Plaintiff, Rosa Hasty (hereinafter referred to as "Plaintiff"), by and

through her undersigned counsel, Aleksandr Shubin and Malloy Law Offices, LLC, and sues

Defendants National Railroad Passenger Corporation and Washington Metropolitan Area Transit

Authority (hereinafter referred to as "Defendants") and for reasons therefore states as follows:

1.      Plaintiff is an adult resident of Portsmouth, Virginia.

2.      Defendants National Railroad Passenger Corporation and Washington Metropolitan Area

Transit Authority are organizations that operate public transportation, inter alia, in the State

of Maryland, including AMTRAK train service.

3.      Defendants' headquarters are in the District of Columbia.

1

4. On May 19, 2023, Plaintiff was a passenger of an AMTRAK train, operated by Defendants, getting ready to disembark at the train station in New Carrollton, Maryland.

5. A porter, employed by Defendants, was assisting passengers with their luggage.

6. He negligently left a bag in the walkway of the train that rolled and caused Plaintiff to fall.

7. At all times relevant hereto the Plaintiff exercised due care for her own safety and did not contribute to or assume the risk of the injuries sustained.

## COUNT I

### *(Negligence)*

8. Plaintiff incorporates herein the contents of paragraphs one (1) through eight (8.

9. Defendants as owners and operators of the AMTRAK train owed a duty of care to keep the train safe from hazards to passengers.

10. Defendants, through their employee, failed to keep the train safe and created a dangerous condition by leaving a bag in a position that caused it to roll and trip the Plaintiff

11. Defendants, through their employees, had knowledge, actual and/or constructive, of said dangerous condition, and that the dangerous condition had existed sufficiently long prior to the accident that, in the exercise of care, should have detected and remedied the said dangerous condition.

12. Defendants were negligent in allowing the dangerous condition to exist in the train; and that such negligence was the proximate cause of the personal injuries incurred by the Plaintiff.

13. Defendants, as owners and operators of the AMTRAK train, through their agents or employees, otherwise negligently failed to maintain the Premises in a reasonably safe condition.

14.    As a direct and proximate result of the negligence complained of herein, Plaintiff was caused to fall in the AMTRAK train and sustained grievous injury to her body generally, and in particular to her hands, arms, legs and back. The Plaintiff has also endured  and continues to endure, pain, suffering, weakness, discomfort, inconvenience, stress, anxiety, and mental anguish. The Plaintiff further incurred  and will incur medical and out-of-pocket expenses. She has been and will continue to be unable to conduct her normal social, spiritual and recreational activities as before said accident, all to her damage in an amount exceeding $75,000.00.

15.    Jurisdiction is proper in this Court due *inter alia* to diversity of the parties' citizenship and of federal subject matter jurisdiction.

16.    Venue is proper in this District as the facts giving rise to this claim occurred in this District.

WHEREFORE, Plaintiff demands judgment against the Defendants, jointly and severally, in an amount of exceeding $500,000.00 (FIVE HUNDRED THOUSAND  DOLLARS), plus interest and the cost of this action.

Respectfully submitted,

MALLOY LAW OFFICES, LLC


__/s/ Aleksandr Shubin_____
Aleksandr Shubin, Esq.
Fed. Bar 17428
7910 Woodmont Avenue, Suite 1250
Bethesda, Maryland 20814
Tel. 202-464-0727
Fax. 888-607-8691
aleks@Malloy-Law.com

3

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff hereby demands a trial by jury.

/s/_____

Aleksandr Shubin, Esq.